# IN THE SUPREME COURT OF THE STATE OF NEVADA

GALAXY GAMING, INC., A NEVADA CORPORATION; MARK LIPPARELLI, AN INDIVIDUAL; NORMAN H. DESROSIERS, AN INDIVIDUAL; BRYAN W. WATERS, AN INDIVIDUAL; AND WILLIAM A. ZENDER, AN INDIVIDUAL,

Appellants,

vs.

TRIANGULUM PARTNERS, LLC, A NEW MEXICO LIMITED LIABILITY COMPANY; AND ROBERT B. SAUCIER, AN INDIVIDUAL,

Respondents.

No. 81936

FILED

NOV 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Nancy L. Allf, District Judge
      Salvatore C. Gugino, Settlement Judge
      Pisanelli Bice, PLLC
      Garman Turner Gordon
      Eighth District Court Clerk